| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Andrea Silverman, PC<br>150 River Road, H4<br>Montville, NJ 07045<br>Bar ID 018642004<br>(973) 794-3960/(973)794-3962<br>Attorney for Debtor(s) | |

**FILED**
JEANNE A. NAUGHTON, CLERK

MAR - 5 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY C. _____ DEPUTY

| In Re: | Case Number: | 18-12305 |
|---|---|---|
| John M. Henao<br>a/k/a John Guitierrez Henao<br>a/k/a John Henao | Hearing Date: | 02/20/2018 |
| | Judge: | RG |
| | Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

3-5-18    /s/ Rosemary Gambardella
          USBJ

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ____03/~~09~~16/2018____.

☐ Denied.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12305-RG
John M Henao                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin                Page 1 of 1              Date Rcvd: Mar 06, 2018
                         Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
db             +John M Henao,    295 Summer Street,    Passaic, NJ 07055-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
      Andrea Silverman    on behalf of Debtor John M Henao court@andreasilvermanlaw.com, r62214@notify.bestcase.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                              TOTAL: 4