**FILED**
JEANNE A. NAUGHTON, CLERK

MAR - 6 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY C. Zrosa            DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ANDREA SILVERMAN, PC |
| 150 River Road, H4 |
| Montville, NJ 07045 |
| Bar ID 018642004 |
| (973) 794-3960 (ph) |
| (973) 794-3962 (fax) |
| Attorney for Debtor(s) |

In Re:

    John M. Henao

                    Debtor(s)

Case No. 18-12305

Chapter: 13

Hearing Date: ~~Application for Shortened Time~~ 2-27-18

Judge: RG

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. §362 (c)(3)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

3-6-18      /s/ [signature]
                USBJ

Page: 2
Debtor: John M. Henao
Case No. 18-12305/RG
Caption: Order Extending the Automatic Stay as to All Creditors Pursuant to 11 U.S.C. §362(c) (3)

---

**THIS MATTER,** being opened before the Court by Andrea Silverman, PC, attorney for the debtor, John M. Henao, having filed a Motion to Extend the Automatic Stay as to All Creditors Pursuant to 11 U.S.C. §362(c)(3), and this Court having considered arguments of counsel and good cause appearing, and there being no opposition,

**IT IS HEREBY,**

**ORDERED,** that the automatic stay is extended as to all creditors and shall remain in effect until further Order by this Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-12305-RG
John M Henao                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Mar 06, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
db             +John M Henao,    295 Summer Street,    Passaic, NJ 07055-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
      Andrea   Silverman    on behalf of Debtor John M Henao court@andreasilvermanlaw.com, r62214@notify.bestcase.com
      Marie-Ann   Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 4