Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−12305−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John M Henao
    aka John M. Henao Gutierrez, aka John
    Henao
    295 Summer Street
    Passaic, NJ 07055

Social Security No.:
    xxx−xx−5930

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/19/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 19, 2018
JAN: slm

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John M Henao  
    Debtor

Case No. 18-12305-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 19, 2018  
                Form ID: 148    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
```
db              +John M Henao,    295 Summer Street,    Passaic, NJ 07055-3220
517318459       +KML Law Group, PC,    216 Haddon AVenue, Ste 406,    Collingswood, NJ 08108-2812
517318460       +Roundpoint Mortgage Servicing Corporatio,    PO Box 674150,    Dallas, TX 75267-4150
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:19     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517343260       +E-mail/Text: bankruptcy@cavps.com Mar 19 2018 23:54:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517318457       +EDI: CHRM.COM Mar 20 2018 03:19:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
517338481        EDI: DISCOVER.COM Mar 20 2018 03:18:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517318458        EDI: IRS.COM Mar 20 2018 03:19:00      Internal Revenue Service,
                 SBSE/Insolvency Unit of the IRS,    PO Box 330500-Stop 15,    Detroit, MI 48232
517395014        EDI: PRA.COM Mar 20 2018 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
```
              Andrea Silverman    on behalf of Debtor John M Henao court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```